No. 379, Misc. GREEN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jean F. Dwyer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 387, Misc. KETCHUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 388, Misc. HICKS v. OREGON. Supreme Court of Oregon. Certiorari denied.

No. 389, Misc. HOWARD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 390, Misc. WATKINS v. CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 391, Misc. YOUNG ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 431, Misc. JACKSON v. WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.